AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE, TEXAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Complaint |
| VS | |
| **FONSECA-Acosta, Domingo Nery**<br>A201 721 500 | Case Number 1: 19 PO <u>018</u> |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 24, 2019</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS</u>, defendant, an alien, did

knowingly, willfully, and in violation of law attempt to gain illegal entry into the United States by a willful concealment of a material fact and in furtherance of such violation presented a birth certificate belonging to someone else,

in violation of Title <u>8</u> United States Code, Section(s) <u>1325 (a)(3)</u>.

I further state that I am a(n) <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the pedestrian primary lanes at the Gateway International Bridge in Brownsville, TX by falsely claiming to be a citizen of the United States and presenting a City of Brownsville issued birth registration card bearing the name of Pedro Blanco to a Customs and Border Protection Officer. After further inspection, Customs and Border Protection Officers determined that the document presented by the defendant does not belong to him and that the defendant is a citizen and national of Mexico with no legal status to enter or to be in the United States.

**Continued on the attached sheet and made a part hereof:**     ___ :Yes     _X_ :No

/s/<br>
<b>Signature of Complainant</b><br>
Armando Espinoza Jr.

**Sworn to before me and subscribed in my presence,**

| | | |
|---|---|---|
| **March 25, 2019** | at | **BROWNSVILLE, Texas** |
| Date | | City and State |

**Ignacio Torteya III U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                                    Signature of Judicial Officer